## OPINIONS PER CURIAM, FROM JANUARY 17, 1916, TO JUNE 12, 1916.

No. 156. LEONARD R. COATES, PLAINTIFF IN ERROR, v. THE DISTRICT OF COLUMBIA. In error to the Court of Appeals of the District of Columbia. Argued January 7 and 10, 1916. Decided January 17, 1916. Per Curiam. Dismissed for want of jurisdiction upon the authority of American Security & Trust Co. v. District of Columbia, 224 U. S. 491; District of Columbia v. Philadelphia, Baltimore & Washington R. R., 232 U. S. 716; Washington & Mt. Vernon Ry. v. Downey, 236 U. S. 190. Mr. F. P. B. Sands for the plaintiff in error. Mr. Conrad H. Syme and Mr. Robert L. Williams (by special leave) for the defendant in error.

No. 157. WILLIAM B. THOMPSON, PLAINTIFF IN ERROR, v. THE CITY OF ST. LOUIS. In error to the Supreme Court of the State of Missouri. Argued January 11, 1916. Decided January 17, 1916. Per Curiam. Dismissed for want of jurisdiction upon the authority of Louisiana Navigation Co. v. Oyster Commission, 226 U. S. 99; United States v. Beatty, 232 U. S. 463; Pons v. Yazoo & Mississippi Valley R. R., 232 U. S. 720. Mr. Ford W. Thompson for the plaintiff in error. Mr. Truman P. Young and Mr. Charles H. Daues for the defendant in error.